## HACKNEY v. BRANUM.

(Decided November 25, 1915.)

APPEAL from Jefferson Circuit Court.
Heard before Hon. E. C. CROW.
No counsel marked for appellant. MORRIS LOVEMAN, for appellee.
PER CURIAM.—Dismissed for want of prosecution.

---

## HALL v. CORNELIUS.

(Decided February 10, 1916.)

APPEAL from Marshall Circuit Court.
Heard before Hon. W. W. HARALSON.
McCORD & ORR, for appellant. STREET, ISBELL & BRADFORD, for appellee.
PER CURIAM.—Affirmed for want of assignment of error.

---

## HENDON HARDWARE CO. v. GENEVA MFG. CO.

(Decided January 20, 1916.)

APPEAL from Walker Law and Equity Court.
Heard before Hon. T. L. SOWELL.
GRAY & WIGGINS, for appellant. M. E. NETTLES, for appellee.
PER CURIAM.—Affirmed on motion of appellee.

---

## HOWELL v. TANDERSLY.

(Decided November 25, 1915.)

APPEAL from Jefferson Circuit Court.
Heard before Hon. C. B. SMITH.
No counsel marked for appellant. CLYDE RANDALL, for appellee.
PER CURIAM.—Appeal dismissed for want of prosecution.